| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CASE NO. 1:10-CR-60 |
| | § | |
| DENNIS WILLIAMS | § | |

## MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred this matter to the United States Magistrate Judge Keith F. Giblin for the administration of a guilty plea hearing. Judge Giblin conducted a hearing and issued his findings of fact and recommendation on guilty plea (#24). The magistrate judge recommended that the Court accept defendant's guilty plea. He further recommended that the Court finally adjudge defendant as guilty on Count One of the Indictment.

The parties have not objected to the magistrate judge's findings. The Court accepts the findings in the report and recommendation. The Court **ORDERS** that Judge Giblin's report (#24) is adopted. The Court further **ORDERS** that the defendant's guilty plea and the plea agreement are accepted at this time. It is finally **ORDERED** that the Court finds defendant guilty on Count One of the Indictment charging violations of Title 18, United States Code, Section 922(n).

SIGNED at Beaumont, Texas, this 18th day of July, 2010.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE